FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 19 PM 2: 03

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MICHAEL A. JOHNSON,

    Plaintiff,

v.                          CIVIL ACTION NO.: CV507-051

KROGER SUPER MARKET,

    Defendant.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff maintains his belief that his constitutional rights were violated when he was in a Kroger supermarket. Plaintiff contends Mike Griffin, a security officer for Kroger, approached him and told Plaintiff to come to the front of the supermarket with him. Plaintiff asserts he neglected to mention in his Complaint "the most important detail" of this case. (Doc. No. 5, p. 1). According to Plaintiff, Mr. Griffin failed to identify himself as a security officer to Plaintiff, and he was not wearing a badge or uniform.

Plaintiff's Objections suffer from the same problem his original Complaint does—he fails to identify any facts which reveal his constitutionally protected rights were violated by a person acting under color of state law. Even assuming Mike Griffin was employed by a local policing agency, there is no evidence that, at the time of the incident Plaintiff complains about, Mr. Griffin was acting pursuant to authority vested in

him as a member of a local police force. Rather, Mr. Griffin was acting in his capacity as a privately hired (i.e., a non-governmental entity) security officer at a local supermarket.

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED, this 19th day of July, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA